IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-99-KS

| | | |
|---|---|---|
| SHANNON KEEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, Defendant's motion to appear telephonically at the oral argument hearing scheduled for November 30, 2021 [DE #39] is GRANTED. Defendant shall be permitted to appear via video teleconferencing ("VTC"). At least seven (7) days before the scheduled hearing, counsel for Defendant shall submit to the court a VTC Request Form, which is available on the court's website at https://www.nced.uscourts.gov/attorney/crtech.aspx.

This 2nd day of November 2021.

_____
KIMBERLY A. SWANK
United States Magistrate Judge