UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

SHANNON KEEN,
    Plaintiff,

v.

KILOLO KIJAKAZI,
*Acting Commissioner of Social Security,*
    Defendant.

**JUDGMENT**

Case No. 4:20-CV-99-KS

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the plaintiff's motion for attorney fees.

    IT IS ORDERED, ADJUDGED AND DECREED that Defendant pay to Plaintiff $6,792.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

This judgment filed and entered on June 23, 2022 with *electronic service* upon:

**Derrick Arrowood**
*Counsel for Plaintiff*

**Cassia Parson**
**Amanda Gilman**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

June 23, 2022

/s/ *Shelia D. Foell*
(By): Shelia D. Foell, Deputy Clerk